# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00218-CV

**Texas Waste Systems, Inc., a Texas Corporation, Appellant**

**v.**

**The State of Texas; The City of San Antonio, Texas; The San Antonio
Advanced Transportation District; and The Transit Authority
of San Antonio, Texas, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GV-08-002336, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed with this Court a joint motion to vacate and remand, informing the Court that they have agreed that the trial court's default judgment should be vacated and this case should be remanded to the trial court for further proceedings. Accordingly, we grant the joint motion, set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for further proceedings. *See* Tex. R. App. P. 42.1(a)(2)(B).

_____

Jan P. Patterson, Justice

Before Chief Justice Jones, Justices Patterson and Waldrop

Vacated and Remanded

Filed:   May 22, 2009